IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BICKERT,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA,

    Defendant.
                             /

No. C 07-02636 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for five weeks.

    **IT IS SO ORDERED.**

Dated: September 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE