IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BICKERT,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA,

    Defendant.
                             /

No. C 07-02636 WHA

**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** a continuance of the case management conference to **OCTOBER 11, 2007, AT 11:00 A.M.** Please file a joint case management statement no later than seven days prior to the conference. All related deadlines are extended accordingly.

**IT IS SO ORDERED.**

Dated: September 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE