Harry Stern (SBN 135890)
Matthew George (SBN 2393224)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
JAMES BICKERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES BICKERT**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF CONTRA COSTA**<br><br>Defendant. | Case Number: C 07-02636 WHA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**<br><br>Complaint Filed: May 17, 2007<br>Trial Date: September 8, 2008. |

THE PARTIES HEREBY STIPULATE:

On October 11, 2007, the parties attended the first case management conference in this matter. The Court then issued a Case Management Order and Reference to ADR Unit for Early

1
STIPULATION AND ORDER TO CONTINUE DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION

Neutral Evaluation approving the parties' desire to engage in an early neutral evaluation ("ENE"). On October 11, 2007, the Court referred this matter to the ADR Unit and on October 19, 2007, the parties received a notice of appointment of Sanford Jay Rosen as the evaluator for this matter. While the Court did not prescribe a deadline for completion of ENE in the scheduling order, the Northern District's Local Rule for ADR 5-4(b) prescribes that the ADR process elected must be completed within 90 days of the referral to the ADR Unit. Under this Rule, the parties would have until January 9, 2008 to complete the ENE.

On November 5, 2007, counsel for the respective parties conducted a telephone conference with the evaluator. The parties subsequently agreed to set the ENE for January 23, 2008, a date which was shortly beyond the 90 day period prescribed by Local ADR Rule 5-4(b) and would allow the parties time to conduct some preliminary discovery prior to the ENE. On November 27, 2007, the Defendant filed a notice of substitution of counsel.

The parties thus hereby stipulate and request a formal order that the Court extend the deadline for completion of the ENE to January 31, 2008 to ensure that the parties do not violate Local ADR Rule 5-4(b) by conducting the ENE after the expiration of the 90 day window prescribed in the Northern District's Local Rules.

Dated: 12/21/07

Matthew George
Attorney for James Bickert and all Consentors

Dated: 12/21/07

Cynthia O'Neill
Attorney for County of Contra Costa

IT IS SO ORDERED:

Dated: December 30, 2007.

Hon. William H. Alsup
Judge of the Superior Court