Harry Stern (SBN 176854)
Matthew George (SBN 239322)
Peter Hoffmann (SBN 254354)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: awilkinson@rlwlaw.com

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
JAMES BICKERT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES BICKERT** <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF CONTRA COSTA** <br><br> Defendant. | Case Number: C 07 2636 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER TO HEAR MOTION FOR LEAVE TO FILE CONSENT FORMS** <br><br> Complaint Filed: May 17, 2007 <br> Trial Date: September 8, 2008 |

///

///

///

STIPULATION AND [PROPOSED] ORDER TO HEAR MOTION FOR LEAVE TO FILE ADDITIONAL CONSENT FORMS ON SHORTENED TIME

THE PARTIES HEREBY STIPULATE:

The parties stipulate to hear Plaintiffs' motion for leave to file additional consent forms on shortened time. The parties propose that the motion be heard on this Court's regular motion calendar on Thursday, April 24, 2008, at 8:00 a.m. The Plaintiffs will file and serve their motion no later than March 28, 2008. The parties further stipulate that the Defendant will file its opposition to Plaintiffs' motion no later than April 17, 2008. The Plaintiffs will file a reply brief, if any, no later than April 21, 2008.

Dated: 3/27/08

_____
Matthew George
Attorney for James Bickert and all Consentors

Dated: March 27, 2008

_____
Cynthia O'Neill
Arlin B. Kachalia
Attorneys for Defendant County of Contra Costa

IT IS SO ORDERED:

Dated: March 28, 2008.

_____
Hon. William H. Alsup
Judge of the Superior Court

[SEAL: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]

STIPULATION AND [PROPOSED] ORDER TO HEAR MOTION FOR LEAVE TO FILE ADDITIONAL CONSENT FORMS ON SHORTENED TIME

1