1   Harry Stern  (SBN 176854)
2   Matthew George (SBN 239322)
    Peter Hoffmann (SBN 254354)
3   **RAINS, LUCIA & WILKINSON LLP**
    2300 Contra Costa Blvd., Suite 230
4   Pleasant Hill, CA 94523
    Tel: (925) 609-1699
5   Fax: (925) 609-1690
    Email: awilkinson@rlwlaw.com
6
7   William B. Aitchison (SBN 90642)
    **AITCHISON & VICK, INC.**
8   3021 NE Broadway
    Portland, OR 97232
9   Tel: (503) 282-6160
    Fax: (503) 282-5877
10  Email: will@aitchisonvick.com
11
    Attorneys for Plaintiff
12  JAMES BICKERT
13
14              IN THE UNITED STATES DISTRICT COURT
15
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
17  **JAMES BICKERT**                )   Case Number:  C 07 2636 WHA
                                      )
18          Plaintiff,                )   **STIPULATION AND**
                                      )   ~~[PROPOSED]~~ **ORDER FOR**
19  v.                                )   **LEAVE TO FILE ADDITIONAL**
                                      )   **CONSENT TO JOIN ACTION**
20  **COUNTY OF CONTRA COSTA**        )   **FORMS**
                                      )
21          Defendant.                )   Complaint Filed:  May 17. 2007
22                                    )   Trial Date:  September 8, 2008
                                      )
23                                    )
                                      )
24                                    )
                                      )
25  _____  )
26  / / /
27  / / /
28  / / /

THE PARTIES HEREBY STIPULATE:

1. On April 7, 2008, the parties conducted a mediation with the court appointed mediator Sanford Jay Rosen. As indicated in the certification of the mediation session filed by Mr. Rosen on April 9, 2008, the parties reached a complete resolution to this matter. Attached herewith as Exhibit A is a copy of the certification of ADR completion filed by Mr. Rosen on April 9, 2008.

2. As a term of the settlement, the Defendant County of Contra Costa agrees to allow for the filing of consent to join action forms for David Roach, Kelly Challand, Shawn Pate, and Timothy Allen. However, because the settlement requires Court approval, the County reserves the right to oppose the inclusion of these consenters in the event the Court does not approve the parties' settlement agreement. True and correct copies of the consent to join action forms for these individuals are attached herewith as Exhibit B.

3. Plaintiffs' request for leave to file these four additional consent forms past the February 29, 2008, deadline set forth in the Court's scheduling order is the subject of the motion currently calendared for April 24th, 2008. Thus, the parties jointly stipulate and respectfully request that

    a. The motion hearing currently set for April 24, 2008 be removed from the Court's calendar. Should this Court not approve the settlement agreement, the parties agree that Plaintiff may refile the motion; and

    b. That the Plaintiffs be granted leave to file the four additional consent forms for David Roach, Kelly Challand, Shawn Pate, and Timothy Allen so that those four individuals will be bound by the terms of the settlement reached on April 7, 2008.

4. In the event the Court grants this stipulation, Plaintiffs will promptly file the additional consent to join action forms. Plaintiffs recognize that the Court will allow these four consenters to join the action only if the Court accepts and approves the parties' settlement agreement.

1

5. The parties, via an additional stipulation, will describe the terms of the
settlement in greater detail and request that the trial date and pre-trial deadlines
be taken off calendar while the settlement agreements are drafted and signed
(because this action involves approximately 180 plaintiffs, this process will
likely take a few weeks).

Dated: April 15, 2008

Matthew George
Attorney for James Bickert and all Consentors

Dated: April 15, 2008

Cynthia O'Neill
Arlin B. Kachalia
Attorneys for Defendant County of Contra Costa

IT IS SO ORDERED:

Plaintiffs are granted leave to file the consent to join forms for the four aforementioned
additional consenters past the February 29, 2008 deadline. The inclusion of these consenters in
the litigation is contingent on the Court's ultimate approval of the settlement agreement reached
on April 7, 2008.

Dated: April 16, 2008.

IT IS SO ORDERED
Judge William Alsup

Hon. William H. Alsup
Judge of the Superior Court

2

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE ADDITIONAL CONSENT FORMS
ON SHORTENED TIME

EXHIBIT A

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Bickert,                                    No. C 07-02636 WHA MED (ENE)

        Plaintiff(s),            **Certification of ADR Session**

     v.

County of Contra Costa,

        Defendant(s).

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _____4/7/08 (2nd session)_____

2.  Did the case settle?  ☒ fully   ☐ partially   ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Do not dismiss until the parties get documents to the court

Dated: _____4/8/08_____

Mediator, Sanford Jay Rosen
Rosen, Bien & Galvan, LLP
315 Montgomery St., 10th Floor
San Francisco, CA 94104

(also Early Neutral Evaluator)

**Certification of ADR Session**
07-02636 WHA MED

EXHIBIT B

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Timothy Allen_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the County of _Contra Costa_ ,
State of California,  during some or all of the period from three years prior to the filing of
the lawsuit to the date of signing of this consent. This action has been brought on my
behalf and on the behalf of similarly situated employees of the County of
_Contra Costa_ pursuant to Section 16(b) of the Fair Labor Standards Act (29
U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees,
costs, and other relief are sought in the action.


Signature: _____

Print Name: _Timothy Allen_ _____

Date: _Sept 2007_  _3/27/08_ _____
        August

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, *Kelly Challand*, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the County of *Contra Costa*, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the County of *Contra Costa* pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: *Kelly Challand*

Date: *2-20-2008*

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, ___SHAWN PATE___ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the County of ___CONTRA COSTA___ , State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the County of ___CONTRA COSTA___ pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___SHAWN PATE___

Date: ___2.27.08___

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _DAVID ROACH_____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the County of _CONTRA COSTA_____, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the County of _CONTRA COSTA____ pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _DAVID ROACH_____

Date: _2-28-08_____