IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BICKERT,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA,

    Defendant.

                                           /

No. C 07-02636 WHA

**ORDER DENYING STIPULATED REQUEST TO VACATE TRIAL DATE AND ACCOMPANYING PRE-TRIAL DEADLINES AND FOR TELEPHONE CONFERENCE REGARDING SETTLEMENT**

      The Court has received the stipulation and proposed order to vacate trial date and accompanying pre-trial deadlines and joint request for telephone conference regarding settlement. It has been the Court's experience that settlements in principal have a way of falling through. Therefore, until there is a final settlement and stipulated dismissal, all dates must stand. The request to vacate the trial date and accompanying pre-trial deadlines is **DENIED**. The parties also request that the Court arrange a telephone conference. The Court, however, no longer holds telephone conferences (except under rare circumstances) because they are not practicable. Instead, a status conference to discuss the best means "to work out an alternate procedure pending a formal dismissal" shall be set for **TUESDAY, APRIL 22, 2008**, at **1:30 P.M.**

    **IT IS SO ORDERED.**

Dated: April 17, 2008.

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE