IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BICKERT,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA,

    Defendant.
_____/

No. C 07-02636 WHA

**ORDER RE STIPULATED REQUEST TO VACATE TRIAL DATE AND ACCOMPANYING PRETRIAL DEADLINES**

The parties' request to vacate the trial date and accompanying pretrial deadlines is **GRANTED IN PART AND DENIED IN PART**. By **FRIDAY, APRIL 25, 2008**, at **NOON**, plaintiff should notify the Court and defendant of any proposed changes to the settlement agreement. By **WEDNESDAY, MAY 7, 2008**, at **NOON**, defendant should inform the Court whether the proper authorities have approved the settlement agreement. Finally, by **TUESDAY, MAY 20, 2008**, at **NOON**, the parties should advise the Court whether all 180 signatures have been obtained. There will be day-to-day tolling until May 20, 2008. If any of these conditions are not met, the tolling will end and the litigation schedule will continue.

    **IT IS SO ORDERED.**

Dated: April 22, 2008.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE