**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BICKERT,

      Plaintiff,

  v.

COUNTY OF CONTRA COSTA,

      Defendant.
                             /

No. C 07-02636 WHA

**ORDER RE CASE MANAGEMENT STATEMENT**

      The parties have failed to obtain all 179 signatures by Tuesday, May 20, 2008, per the order dated April 22, 2008. Tolling has therefore ceased. The Court is further confused by the letter sent on May 20, 2008, stating that plaintiff Daryl Chilimidos has yet to sign and approve the settlement agreement, but he "has no interest in pursuing the Bickert litigation individually and has no interest in holding up the settlement." Counsel for both parties should file a candid case management conference statement and appear for a case management conference on **THURSDAY, JUNE 5, 2008, AT 3:00 P.M.**

      **IT IS SO ORDERED.**

Dated: May 22, 2008.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE