Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Arlin B. Kachalia, Bar No. 193752
akachalia@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BICKERT,<br>Plaintiff,<br>v.<br>COUNTY OF CONTRA COSTA,<br>Defendant. | Case No. C 07 2636 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR ENTRY OF JUDGMENT; ~~[PROPOSED]~~ ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE** |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Whereas, James Bickert and other Contra Costa County Sheriff's Office personnel (collectively referred to as "Plaintiffs") filed a complaint in the U.S. District Court for the Northern District of California on or about May 17, 2007, entitled, James Bickert v. County of Contra Costa, Case No. CV-07-2636 WHA ("Lawsuit") against the County for violation of the Fair Labor Standards Act ("FLSA"), alleging that the County had failed to pay the appropriate amount of FLSA overtime compensation;

Whereas, each Plaintiff who confirmed his or her choice to join this lawsuit has already signed a "Consent to Join Action (Fair Labor Standards Act, 29 USC § 216(b))" and has not withdrawn his or her consent to this date;

Whereas, all parties desire to fully resolve this matter and to avoid incurring further costs and expenses incident to the litigation in this matter;

Whereas, all parties have agreed to the terms of the attached "Settlement Agreement and General Release of Claims" attached hereto as evidenced by their signature pages;

Whereas, the parties agree that this settlement is a resolution of disputed matters and is not, in any way, an admission of liability, fault or wrongdoing on the part of any party;

IT IS HEREBY STIPULATED, by and between the parties of this action and through their designated legal counsel, that the above-captained action will be disposed of as follows:

1. That the Court order that his action be dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the attached Settlement Agreement and General Release of Claims;

2. That the Plaintiffs must sign document(s) evidencing their agreement to both this "Stipulation With Prejudice and for Entry of Judgment" and the "Settlement Agreement and General Release of Claims" before they can receive any wage payment due under the "Settlement Agreement and General Release of Claims";

3. That any action to enforce the attached Settlement Agreement and General Release of Claims be brought in Superior Court of California, in and for the County of Contra Costa; and

//

//

4. That the Clerk of the Court enter final judgment dismissing this action with prejudice in its entirety.

Dated: May 8, 2008

FOR THE PLAINTIFFS

James Bickert, Named Plaintiff

Dated: May 23, 2008

CONTRA COSTA COUNTY

Warren E. Rupf, Sheriff

Dated: May 27, 2008

CONTRA COSTA COUNTY

Federal D. Glover, Chair of the Board of Supervisors

Approved as to Form and Content

Dated: May 21, 2008

LIEBERT CASSIDY WHITMORE

Cynthia O'Neill
Arlin B. Kachalia
Attorneys for Defendant
CONTRA COSTA COUNTY

//

//

//

//

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Approved as to Form and Content

Dated: May 12, 2008

RAINS LUCIA STERN, PC

Harry Stern, Esq.
Matthew George, Esq.
Attorneys for Plaintiffs

## ~~[PROPOSED]~~ ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE

The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement and General Release of Claims;

2. That any action to enforce the parties' Settlement Agreement and General Release of Claims be brought in the Superior Court of California, in and for the County of Contra Costa; and

3. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety

SO ORDERED

Dated: June 16, 2008

THE HONORABLE WILLIAM ALSUP
United States District Court Judge

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

**PROOF OF SERVICE**

Case Name: *James Bickert v. County of Contra Costa*
United States District Court for the Northern District of California
Case No.: C-07-2636 WHA

I, Maggie Bedig, am a citizen of the United States, and am over 18 years of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia, Wilkinson, LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**

upon all parties addressed as follows:

Cynthia O'Neill, Esq.
Cepideh Roufougar, Esq.
Liebert Cassidy Whitmore
153 Townsend Street, Suite 520
San Francisco, CA 94107
T: 415.412.3000
F: 415.856.0306
Email: coneill@lcwlegal.com

said service was effected as indicated below:

☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

☒ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

☐ PERSONAL DELIVERY: by personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

☐ OVERNIGHT DELIVERY: by placing the document(s) listed above in a sealed envelope and marked for next-day delivery by ________________.

☐ VIA COURIER: by causing personal delivery by Western Messenger of the document(s) listed above to the person(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on June 13, 2008, at Pleasant Hill, California.

Maggie Bedig